**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| **PAMELA WILLIAMSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CASE NO.: 3:09-0514** |
| ) | |
| **OCWEN LOAN SERVICING , LLC,** ) | **JURY DEMAND** |
| **( A Delaware  Limited Liability Company),** ) | |
| **OCWEN FINANCIAL CORPORATION** ) | **Complaint Under the** |
| **(A Florida Corporation),** ) | **Racketeer Influenced and** |
| **and JOHN DOES 1-10,** ) | **Corrupt Organizations Act** |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S MOTION TO AMEND

Comes the Plaintiff, Pamela Williamson ("Williamson"), by and through counsel, and moves this Court to amend her Complaint. In support of said Motion, she would state and show that the Plaintiff is able to be more specific in her pleadings and she is submitting a proposed Amended Complaint in support of her motion. The Defendants will not be prejudiced by her amendment and it will not delay this case since this case was only originally filed on June 8, 2009.

### I

### LAW AND ARGUMENT

In <u>EEOC v. Ohio Edison Co.</u>, 7 F.3d 541, 546 (6th Cir.1993), the Sixth Circuit held that 'where a more carefully drafted complaint might state a claim, a plaintiff must be given at least one chance to amend the complaint before the district court dismisses the action with prejudice.'" <u>U.S. ex rel. Bledsoe v. Community Health Systems, Inc.</u>, 342 F.3d 634, 644 (6th Cir. 2003) (quoting <u>Bank v. Pitt</u>, 928 F.2d 1108, 1112 (11th Cir.1991)) (other citations omitted).

The Plaintiff has set forth more specific facts in her Complaint in support of her causes of action. This is her first request to amend her Complaint as well.

## II

## CONCLUSION

In conclusion, the Plaintiff respectfully submits that her Motion to Amend should be granted because the Plaintiff can and has set forth more specific facts in her Complaint and in support of her Motion to Amend and the Defendants will not be prejudiced by the amendment.

**RESPECTFULLY SUBMITTED,**

s/ Kline Preston_____
**G. KLINE PRESTON, IV #17141**
**KLINE PRESTON LAW GROUP, P.C.**
**530 CHURCH STREET, STE 202**
**NASHVILLE, TN 37219**
**(615) 244-5220**
**KPRESTON@KLINEPRESTON.COM**

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 31st day of July, 2009, which will send a notice of electronic filing to the following:

H. Lee Barfield, II
Jeffrey P. Yarbro
Bass, Berry & Sims, PLC
315 Deaderick Street, Ste 2700
Nashville, TN 37238-3001

s/ Kline Preston_____
G. Kline Preston, IV