# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| **PAMELA WILLIAMSON,** ) | |
| ) | |
| **Plaintiff**, ) | Case No. 3:09-0514 |
| ) | |
| **vs.** ) | Hon. Judge Robert L. Echols |
| ) | |
| **OCWEN LOAN SERVICING, LLC,** ) | Magistrate Judge Joe Brown |
| **OCWEN FINANCIAL CORPORATION,** ) | |
| **and JOHN DOES 1-10,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants Ocwen Loan Servicing, LLC ("Ocwen") and Ocwen Financial

Corporation ("Ocwen Financial") respectfully move this Court to dismiss Plaintiff's

Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiff's claims under the Racketeer Influenced and Corrupt Organizations Act,

18 U.S.C. §§ 1961 *et seq.* ("RICO"), fail for a number of reasons – including that

plaintiff has failed to allege an "enterprise" that is distinct from the defendants

themselves, that plaintiff's predicate-act allegations of fraud fail to conform to the

pleading requirements of Fed. R. Civ. P. 9(b), and that plaintiffs' conspiracy allegations

are fatally defective.

Similarly, Plaintiff's conversion claims fail as a matter of law, because Plaintiff's

own allegations make it clear that Ocwen had a security interest in the property.

Plaintiff's remaining claims must be dismissed because her allegations fall

1

woefully short of the basic pleading standards of Fed. R. Civ. P. 8 as interpreted by the Supreme Court in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).  *Twombly* makes clear that a civil complaint must allege more than mere legal conclusions (such as "illegal fees, late charges, and false statement of the money due . . . ." (Am. Compl. ¶ 10)); it must allege facts sufficient to raise an inference that the legal conclusions are correct. Because Plaintiff's Amended Complaint fails to allege any identifiable facts, the Amended Complaint should be dismissed.

For the reasons more fully set out in the accompanying Memorandum of Law, Defendants respectfully request that this Court dismiss Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: August 24, 2009

Respectfully submitted,

_/s/ H. Lee Barfield II_
H. Lee Barfield II (#2581)
Jeffrey P. Yarbro (#24207)
Bass, Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee  37238-3001
(615) 742-6202 (telephone)
(615) 742-2702 (facsimile)

*Counsel for defendants*
*Ocwen Loan Servicing, LLC and*
*Ocwen Financial Corporation*

2

## CERTIFICATE OF SERVICE

I do hereby certify I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 24th day of August 2009, which will send a notice of electronic filing to the following:

G. Kline Preston, IV (#17141)
Kline Preston Law Group, P.C.
530 Church Street, Suite 202
Nashville, TN 37219
(615) 244-5220
kpreston@klinepreston.com

*/s/ Jeffrey P. Yarbro*
Jeffrey P. Yarbro

3