# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| PAMELA WILLIAMSON,      ) | |
|      ) | |
|   Plaintiff,      ) | Case No. 3:09-0514 |
|      ) | |
| vs.      ) | Hon. Judge Robert L. Echols |
|      ) | |
| OCWEN LOAN SERVICING, LLC,  ) | Magistrate Judge Joe Brown |
| OCWEN FINANCIAL CORPORATION,) | |
| and JOHN DOES 1-10,      ) | |
|      ) | |
|   Defendants.      ) | |

## ~~PROPOSED~~ ORDER

This matter comes before the Court on the unopposed motion by Defendants for an extension of time to file a Reply Memorandum in support of Defendants' Motion to Dismiss the Amended Complaint. Having considered this motion and the agreement of the parties, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that Defendants shall file and serve its Reply Memorandum in Support of Defendants' Motion to Dismiss the Amended Complaint on or before October 13, 2009.

Entered this *9th* day of October 2009.

*[signature]*

~~Magistrate Judge Joe B. Brown~~
*District Judge*

1

SUBMITTED FOR ENTRY BY:


/s/ Jeffrey P. Yarbro
H. Lee Barfield II (#2581)
Jeffrey P. Yarbro (#24207)
Bass, Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238-3001
(615) 742-6202 (telephone)
(615) 742-2702 (facsimile)

*Counsel for defendants*
*Ocwen Loan Servicing, LLC and*
*Ocwen Financial Corporation*

2

## CERTIFICATE OF SERVICE

I do hereby certify I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 7th day of October 2009, which will send a notice of electronic filing to the following:

> G. Kline Preston, IV (#17141)
> Kline Preston Law Group, P.C.
> 530 Church Street, Suite 202
> Nashville, TN 37219
> (615) 244-5220
> kpreston@klinepreston.com

*/s/ Jeffrey P. Yarbro*
Jeffrey P. Yarbro

3

Case 3:09-cv-00514    Document 19    Filed 10/09/09    Page 3 of 3 PageID #: 258