IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAMELA WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:09-0514 |
| ) | |
| vs. ) | Judge William J. Haynes, Jr. |
| ) | |
| OCWEN LOAN SERVICING, LLC, ) | Magistrate Judge Joe Brown |
| OCWEN FINANCIAL CORPORATION, ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

*ORDER*

*This motion is GRANTED*

*[signature]*

*5-3-11*

MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.01(b), Defendants Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation (collectively "Defendants") respectfully move this Court for leave to file a Reply in support of the pending Motion for Summary Judgment. A copy of Defendants' Reply Memorandum is filed contemporaneously herewith as Exhibit A.

A reply memorandum is both necessary and appropriate to address the arguments raised in Plaintiffs Pamela Williamson's Response in Opposition, filed on April 18, 2011. Plaintiff's Response raises numerous arguments and allegations that have not been raised previously in this litigation. A short reply brief is also necessary to address certain inaccuracies and omissions in Plaintiff's analysis of the record, as well as deficiencies in Plaintiff's analysis of applicable caselaw. Accordingly, a Reply will aid the Court in its resolution of the pending motion.