UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**PAMELA WILLIAMSON**   )
                        )
                        )  Case No. 3:09-cv-0514
v.                      )  JUDGE SHARP
                        )
**OCWEN LOAN SERVICING, LLC, et al.,**  )
                        )
                        )

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on January 4, 2011.

    KEITH THROCKMORTON, CLERK
    s/Dalaina Thompson, Deputy Clerk